PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

**APPLICATION GRANTED:** The Initial Case Management Conference in in this matter scheduled for Tuesday, March 3, 2026, at 3:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, March 16, 2026 at 3:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/12/2026

February 12, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

    Re: <u>Norris v. VLNYC LLC et al.</u>, No. 1:25-cv-09094-VSB-KHP

Your Honor:

    <u>We represent Defendant VLNYC LLC d/b/a Muleh ("Muleh") in the above-referenced matter. Pursuant to Section I(C) of Your Honor's Individual Practices in Civil Cases, we write to respectfully request an adjournment of the Initial Case Management Conference, currently scheduled for March 3, 2026 at 3 PM.</u>

    We request the adjournment due to preplanned business travel out of town for the undersigned on that date. <u>Counsel for Plaintiff and co-Defendant Ninth Avenue Apartment Corp. have consented to this request</u>. This is Muleh's first request to adjourn the Initial Case Management Conference. We thank the Court for its courtesies.

    Respectfully submitted,

    /s/ Alicia Valenti

    Alicia Valenti

Cc: All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___02/12/2026