

## ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 8th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2026
```

The application is GRANTED and the conference is adjourned to May 5, 2026, at 3:00 p.m.  Future adjournments of this conference are unlikely to be granted.  The parties should write a letter and file it to the docket if they believe that a settlement conference with the undersigned would be productive at any point.

Hon. Katharine H. Parker
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED:**

*Katharine H. Parker*                    3/12/2026

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Re:    Norris v. VLNYC LLC, et al.
       Case Number: 25-cv-09094

Dear Judge Parker:

We represent defendant Ninth Avenue Apartment Corp. in the above-referenced action. This action is currently scheduled for an Initial conference on March 16, 2026 at 3:00 PM. With the consent from counsel for the Plaintiff, we respectfully request that the Initial Conference be adjourned no less than thirty days from March 16, 2026, due to the fact that the parties are currently engaged in efforts to settle and resolve this matter. This is the second application for the relief requested herein; the first request having been made by counsel for co-defendant VLNYC LLC d/b/a Muleh. We respectfully request that the Court grant and "So Order" this relief.

Respectfully submitted,

*Barry G. Margolis*

Barry G. Margolis

cc:    All *Counsel via ECF*