USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 05/05/2026

**APPLICATION GRANTED:** Initial Case Management Conference in in this matter scheduled for 05/12/2026 at in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, June 30, 2026, at 10:00 a.m**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
05/05/2026



## ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 8th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-937-3330 • www.agmblaw.com

May 5, 2026

**VIA ECF**

Hon.  Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re:    Norris v. VLNYC LLC, et al./Case Number: 25-cv-09094

Dear Judge Parker:

    We represent defendant Ninth Avenue Apartment Corp. in the above-referenced action. We write with the consent of counsel for plaintiff and counsel for co-defendant VLNYC LLC d/b/a Muleh. This action is currently scheduled for an Initial conference on May 12, 2026 at 12:00 PM. Consistent with Your Honor's rules, the parties have conferred and a proposed Case Management Order has been uploaded to ECF. *See ECF 33.* Inasmuch as the parties are still engaged in meaningful settlement discussions, which we are confident will lead to resolution of this matter, we are respectfully requesting that the initial conference be further postponed, otherwise cancelled due to the parties' submission of the proposed Case Management Order or converted to a virtual or phone conference. Plaintiff's counsel is located in Aventura, Florida. All parties wish to avoid counsel having to incur the travel expense of appearing in person for this conference given the status of our encouraging negotiations. We respectfully request that the Court grant and "So Order" this relief.

                    Respectfully submitted,

                    *Barry G. Margolis*

                    Barry G. Margolis

cc:    All *Counsel via ECF*