USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NAMEL NORRIS,

                          Plaintiff,

            -against-

VLNYC LLC, et al.,

                        Defendants.
-------------------------------------------------------------------X

**25-CV-9094 (VSB) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on June 23, 2026 (doc. no 36) the Initial Case

Management Conference currently scheduled for **June 30, 2026,** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:      New York, New York
             June 24, 2026

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge